PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Luis Gonzalez                            **Docket Number:** 02-00146-001

**Name of Sentencing Judicial Officer:** HONORABLE William H. Walls

**Date of Original Sentence:** 10/02/2006

**Original Offense:** Possession of a Firearm and Ammunition by a Convicted Felon, in violation of Title 18, U.S.C. §§ 922(g) and 2

**Original Sentence:** 3 years

**Type of Supervision:** Probation                            **Date Supervision Commenced:** 10/01/06

**Assistant U.S. Attorney:** John Michael Vazquez, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Stacey Ann Biancamano, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>The offender was arrested on February 25, 2008, by Highland Park, New Jersey Police and charged with hindering apprehension (1 count, 3rd Degree; 1 count 4th Degree) and obstructing the administration of law (4th Degree). The offender and his wife, Rosa Gonzalez, refused to comply with police and/or permit them to enter their residence to investigate a search for the offender's step-son, Pablo Rodriguez, and his friend, Joey Gibbs, who were fugitives with active arrest warrants for assaulting a Barnegat, New Jersey Police Officer. Highland Park Police received information that Rodriguez and Gibbs may be hiding out in the offender's apartment located at 60 ½ Woodbridge Avenue, Highland Park. Eventually, the offender permitted the police to enter his residence at which time police positively identified Rodriguez and Gibbs who were hiding in the back bedroom inside the residence. On April 30, 2008, the offender was indicted in New Jersey Superior Court, Middlesex County. |

2          The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender was arrested on February 25, 2008. At no time did he notify the U.S. Probation Office of his arrest or fact that he was taken into custody. Bail in the amount of $2,000 cash was posted on February 25, 2008. The offender also appeared in Highland Park Municipal Court on February 27, 2008, and again failed to notify the U.S. Probation Office of his arrest or appearance in Court.

3          The offender has violated the supervision condition which states '**You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**'

During a home visit at the offender's residence on April 21, 2008, the undersigned officer inquired about any new arrest(s), misconduct and/or any contact with law enforcement. The offender denied having any law enforcement contact or being arrested and/or questioned.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elizabeth Villa
U.S. Probation Officer
Date: 5/13/08

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[ ✓ ] The Issuance of a Summons.  Date of Hearing: ~~~~
[  ] No Action
[  ] Other

Signature of Judicial Officer

19 May 2008
Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

WILFREDO TORRES
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
MATTHEW F. MILLER
THOMAS C. MILLER

May 13, 2008

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable William H. Walls
U.S. District Court Judge
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 4046
PO Box 999
Newark, New Jersey 07101-0999

        RE:   **GONZALEZ, Luis**
        Dkt. No.: **02-00146-001**
        <u>**Notification of New Arrest and Request for a Summons**</u>

Dear Judge Walls:

The above-mentioned individual appeared before Your Honor for sentencing on October 2, 2006, on a charge of unlawful transport of a firearm in violation of Title 18 U.S.C. § 922(g) & (2). Gonzalez was sentenced to three (3) years probation. He was ordered to comply with the following special conditions: six (6) months home confinement with electronic monitoring, financial disclosure, no new debt and DNA testing. On April 10, 2007, Gonzalez satisfied his home confinement term and satisfied all monies owed for monitoring. The offender underwent DNA testing on December 1, 2006. He was further ordered to pay a $100 special assessment which he satisfied in full on October 2, 2006, as well as a $500 fine which he satisfied in full on June 20, 2007.

Based on his residence in Highland Park, New Jersey, the offender's probation term commenced on October 2, 2006, in the District of New Jersey with the U.S. Probation Office in Newark, New Jersey. Presently, he resides with his wife, Rosa Gonzalez, his brother and sister-in-law, Julio and Griselle Gonzalez, in a three-bedroom apartment. The offender is gainfully employed as a superintendent of the Oxford Arms garden apartment complex located in Highland Park.

As noted in the enclosed petitions, Gonzalez has violated the terms of his probation. At this time, we respectfully request that the Court issue a summons for a violation of probation hearing. Should Your Honor wish to discuss this matter in greater detail, please contact the undersigned officer at (973) 645-4697. Thank you.

                Respectfully Submitted,

                CHRISTOPHER MALONEY, Chief
                U.S. Probation Officer

                *Elizabeth Villa* /eav

                By: Elizabeth Villa
                U.S. Probation Officer

/eav
 enclosure(s)