**FEDERAL PUBLIC DEFENDER**
**DISTRICT OF NEW JERSEY**
800-840 COOPER STREET, SUITE 350
CAMDEN, NEW JERSEY 08102

RICHARD COUGHLIN
FEDERAL PUBLIC DEFENDER

CHESTER M. KELLER
FIRST ASSISTANT

(856) 757-5341 Telephone
(856) 757-5273 Facsimile

September 25, 2008

Honorable William H. Walls
United States District Judge
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street, Room 2037
Newark, New Jersey 07102

> Re: United States v. Luis Gonzalez
> Criminal No. 02-146 (WHW)

Dear Judge Walls:

Stacy A. Biancamano, Assistant Federal Public Defender, has tendered her resignation effective October 26, 2008. Ms. Biancamano is joining the firm of Arleo and Donohue. Although many of Ms. Biancamano's files will be reassigned to other attorneys in the Office, in light of Ms. Biancamano's relationship with a number of clients and the posture of their cases, it would be in the best interests of those clients to allow Ms. Biancamano to continue her representation following her departure.

To accomplish the requested transition, it will be necessary for my Office to withdraw and for Ms. Biancamano to be appointed pursuant to the Criminal Justice Act. 18 U.S.C. § 3006A. Although Ms. Biancamano is not a member of the CJA Panel, the local rule permits a judge to appoint counsel who are not Panel members if doing so serves the interests of justice. *See* Appendix I to the Criminal Justice Act Plan, Part II D(5).

It is respectfully submitted that the present circumstances satisfy this standard. Each of Ms. Biancamano's clients has been consulted concerning the proposed transfer, and consents to the withdrawal and reappointment. Likewise, the government has no objection to the proposed substitution.

Consequently, it is respectfully requested that the Office of the Federal Public Defender for the District of New Jersey be permitted to withdraw from the captioned cases, and that Stacy A. Biancamano, Esq., be appointed effective October 27, 2008.

Thank you for your consideration in this matter.

Respectfully,

RICHARD COUGHLIN
Federal Public Defender

cc: Stacy A. Biancamano, Esq.
Chester M. Keller, First Assistant Federal Public Defender
Charles B. McKenna, AUSA

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 02-146 (WHW) |
| v. | : | ORDER |
| | : | |
| LUIS GONZALEZ | : | |

## SUBSTITUTION OF COUNSEL

This matter having been opened to the Court by Richard Coughlin, Federal Public Defender, who seeks permission to withdraw from the representation of Luis Gonzalez, and to substitute Stacy A. Biancamano, Esq., as counsel for the defendant, effective October 27, 2008, and neither government nor Mr. Gonzalez having any objection to the requested substitution, and good and sufficient cause having been shown,

IT IS on this 7th day of October 2008 ORDERED, that

1. Effective October 27, 2008, the Office of the Federal Public Defender will be relieved as counsel for Luis Gonzalez.

2. Effective October 27, 2008, Stacy A. Biancamano, Esq., shall be appointed to represent Luis Gonzalez, pursuant to 18 U.S.C. § 3006A and Part II D(5) of Appendix I to the Criminal Justice Act Plan for the District of New Jersey.

Honorable William H. Walls, U.S.D.J.